# EXHIBIT A

CITY COURT OF THE CITY OF BUFFALO
COUNTY OF ERIE
----------------------------------------------------------X
COLORADO CAPITAL INVESTMENTS, INC,
SUCCESSOR IN INTEREST TO PROVIDIAN
BANK

INDEX #: CV-068885-04/BU

Plaintiff,

-against-

**STIPULATION OF
DISCONTINUANCE WITH
PREJUDICE**

MARGARET CROCKER A/K/A
MARGARET PINKOWSKI

Defendant.
----------------------------------------------------------X

RECEIVED
BUFFALO CITY COURT
2017 OCT 30 PM 2: 21

IT IS HEREBY AGREED, by the undersigned and the attorneys of record to the above entitled action, that Plaintiff consents to Defendant's Order to Show Cause solely to the extent that it vacates the Default Judgment. All restraints on Defendant's bank account(s) and wage garnishments are to be lifted. Plaintiff may retain funds previously paid by Defendant prior to the present Order to Show Cause filed October 11, 2017.

IT IS FURTHER AGREED, by the undersigned and the attorneys of record to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action and any counterclaim(s) be and the same hereby is discontinued with prejudice with no costs to either party and against the other.

Dated: October 23, 2017

Steven E. Brander, Esq.
Daniels, Norelli, Scully, & Cecere
Attorneys for Plaintiff
272 Duffy Avenue
Hicksville, NY 11801
516-338-7520

Samuel A. Alba, Esq.
Friedman & Ranzenhofer, PC
Attorney for Defendant
74 Main Street, PO Box 31
Akron, NY 14001
716-542-5444